**FILED**
**CLERK, U.S. DISTRICT COURT**
APR - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DENARD HAYWOOD,<br><br>   Petitioner,<br><br>v.<br><br>J.E. SLADE, Warden,<br><br>   Respondent. | No. CV 05-2848-VBF (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

   IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

   IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: 4-2-08

_____
VALERIE BAKER FAIRBANK
United States District Judge