1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DENARD HAYWOOD, ) | No. CV 05-2848-VBF (JWJ) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| J.E. SLADE, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: _____4-2-08_____

_____
VALERIE BAKER FAIRBANK
United States District Judge